**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

SANDRA M. SCHUMPERT,

       Plaintiff,

  v.

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

Case No. 3:14-cv-398

Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

---

**ENTRY AND ORDER: (1) GRANTING THE JOINT STIPULATION
TO REMAND TO THE COMMISSIONER (DOC. 10); (2) VACATING THE PRIOR
NON-DISABILITY FINDING; (3) REMANDING THIS CASE TO THE
COMMISSIONER UNDER THE FOURTH SENTENCE OF 42 U.S.C. § 405(g)
FOR PROCEEDINGS CONSISTENT WITH THIS ORDER; AND
(4) TERMINATING THIS CASE ON THE COURT'S DOCKET**

---

This Social Security disability benefits appeal is before the Court on the parties' Joint Stipulation To Remand To The Commissioner (Doc. 10) pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).  Due notice having been given, and the Court being fully advised, it is hereby ORDERED that:

(1) The Joint Stipulation To Remand To The Commissioner (Doc. 10) is GRANTED;

(2) The Commissioner's prior non-disability finding shall be VACATED;

(3) This case shall be REMANDED to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g); and

(4) This case is TERMINATED on this Court's docket.

**DONE** and **ORDERED** in Dayton, Ohio, this Friday, June 19, 2015.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE